# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) REX ALLEN STRIPLIN;<br>(2) MARCI STRIPLIN; and,<br>(3) KAMERON STRIPLIN,<br><br>             Plaintiffs,<br>vs.<br><br>(1) VAUGHN AND SONS TRUCKING, LLC; and,<br>(2) TRACY GEER, individually,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-19-57-G<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, Rex Allen Striplin, Marci Striplin, and Kameron Striplin, and Defendants, Vaughn and Sons Trucking, LLC, Tracy Geer, jointly, by and through their respective counsel of record, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), hereby submit their *Joint Stipulation of Dismissal*. Central Marketing Transport Services, LLC, by and through its respective counsel of record, also joins in this *Joint Stipulation of Dismissal.* Central Marketing Transport Services, LLC, was previously named as a Defendant, appeared through its counsel, and was voluntarily dismissed [Doc. 22].

Plaintiffs Rex Allen Striplin, Marci Striplin, and Kameron Striplin hereby dismiss ***with prejudice*** all of their claims against Defendant Vaughn and Sons Trucking, LLC; Tracy Geer; and Central Marketing Transport Services, LLC.

/s/ Andy J. Campbell
L. Ray Maples, II. OBA #18586
Nicole R. Snapp-Holloway, OBA #18472
Andy J. Campbell, OBA# 30512
MAPLES,   NIX   &   DIESSELHORST,
P.L.L.C.
15401 N. May Avenue
Edmond, OK  73013
andy@mndlawfirm.com
**Attorneys for Plaintiffs**

/s/ Timothy S. Harmon, Sr.
(*Signed by Filing Attorney w/Permission*)
Robert P. Coffey, Jr., OBA #14268
Timothy S. Harmon, Sr., OBA #11333
COFFEY,   SENGER   &   MCDANIEL,
PLLC
4725 E. 91st Street, Suite 100
Tulsa, OK 74137
Tim@csmlawgroup.com
**Attorneys for Defendants**

/s/ Harry "Skeeter" Jordan
(*Signed by Filing Attorney w/Permission*)
Harry "Skeeter" Jordan, OBA #32437
CROWE & DUNLEVY
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
Skeeter.jordan@crowedunlevy.com
**Attorney   for   Central   Marketing
Transport Services, LLC**